IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RAYMOND WALLWAY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE, MHP OFFICER,<br><br>Defendant. | CV 17-71-M-DLC-JCL<br><br>ORDER |

The Montana Highway Patrol's unopposed motion to quash a subpoena issued to it in this case is GRANTED. The subpoena, issued pursuant to this Court's Order entered June 21, 2017, seeks production of information exceeding the scope authorized by the Order. Additionally, the Court is advised the information described by the Order has already been provided to Mr. Wallway. Mr. Wallway does not dispute these allegations.

Therefore, IT IS HEREBY ORDERED the Montana Highway Patrol has no further obligation under either the subpoena or the Order.

Wallway remains obligated to file his amended complaint identifying the John Doe Defendant, and an address for service on the identified trooper, all as

directed in the Court's Order entered June 21, 2017.

DATED this 3rd day of October, 2017.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge