IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| RANDY RAYMOND WALLWAY,<br><br>Plaintiff,<br><br>vs.<br><br>MHP OFFICER SCHNEIDER,<br><br>Defendants. | CV 17–71–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations in this case on November 1, 2018, recommending Defendant's Motion for Summary Judgment be granted and this action be dismissed. (Doc. 26 at 8.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 26) are ADOPTED IN FULL. Defendant's Motion for Summary Judgment (Doc. 23) is GRANTED and this action is DISMISSED.

DATED this 3rd day of January, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court